# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**SUPERIOR COMPOSITE STRUCTURES, LLC,**
        Plaintiff,

    v.                                                Case No. 12-MC-00028

**ABERSHAM COMMERCIAL SERVICES, LTD.,**
**and MALCOLM PARRISH,**
        Defendants.

---

## **DECISION AND ORDER**

Plaintiff Superior Composite Structures, LLC moves for an order enforcing a subpoena issued to Simon Parrish. Simon Parrish is the son of defendant Malcolm Parrish, and Malcolm has filed a brief in opposition and a motion to limit or terminate the subpoena. I note that Malcolm is not an attorney and thus cannot represent his son in this action. Also, I find that the there is good cause to grant plaintiff's motion. The information plaintiff seeks is both relevant and nonprivileged.

**THEREFORE, IT IS ORDERED** that plaintiff's motion to enforce the subpoena [DOCKET #1] is **GRANTED**. Defendant's motion to limit or terminate the subpoena [DOCKET #5] is **DENIED**.

**IT IS FURTHER ORDERED** that Simon Parrish shall comply with the subpoena by attending a second deposition with plaintiff. At this deposition, he shall answer all of the questions posed to him by plaintiff at his first deposition, including any follow-up questions that may arise during the course of the deposition.

**IT IS FURTHER ORDERED** that plaintiff is permitted to exceed the 7-hour limit for depositions established under Fed. R. Civ. P. 30(d)(1) when deposing Simon Parrish. Plaintiff may also conduct the follow-up deposition in the court's chambers. If plaintiff wishes to do so, it should contact the court to find a time for the deposition that works with the court's schedule.

**IT IS FURTHER ORDERED** that plaintiff shall submit an affidavit itemizing the expenses it incurred in attending the first deposition and in bringing this motion. The court will order Simon Parrish to reimburse plaintiff for those expenses.

Dated at Milwaukee, Wisconsin, this 29th day of June, 2012.

<u>s/ Lynn Adelman</u>
LYNN ADELMAN
District Judge