# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**SUPERIOR COMPOSITE STRUCTURES, LLC,**
      Plaintiff,

    v.                                  Case No. 12-MC-00028

**ABERSHAM COMMERCIAL SERVICES, LTD.,**
**and MALCOLM PARRISH,**
      Defendants.

## DECISION AND ORDER

Plaintiff Superior Composite Structures, LLC moved for an order enforcing a subpoena issued to Simon Parrish. I granted the motion on the ground that the information plaintiff sought was both relevant and nonprivileged. I also found that Parrish was liable for the expenses plaintiff's attorney had incurred in attending the first deposition and bringing the motion to enforce the subpoena. Parrish now moves for reconsideration.

Since I find that my original ruling was correct, I will deny Parrish's motion and re-affirm my award of attorney's fees and costs to plaintiff. Based on the affidavit from plaintiff's attorney, I will order Parrish to pay plaintiff $11,850. This amount includes the cost of plaintiff's attorney traveling from Sioux Falls, South Dakota to Milwaukee, Wisconsin to attend the first deposition, the cost of recording and transcribing that deposition, and the cost of preparing and filing the motion to enforce the subpoena.

**THEREFORE, IT IS ORDERED** that plaintiff's motion for reconsideration [DOCKET #16] is **DENIED**.

**IT IS FURTHER ORDERED** that Simon Parrish shall pay plaintiff $11,850 as reimbursement for the expenses incurred in connection with the first deposition and the motion to enforce the subpoena.

Dated at Milwaukee, Wisconsin, this 30th day of August, 2012.

s/ Lynn Adelman
_____
LYNN ADELMAN
District Judge